IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

THURMAN HARVEY HINES, )
)
      **Plaintiff,** )
)
v. ) Case No. CIV-19-439-R
)
)
JOE ALLBAUGH, et al., )
)
      **Defendants.** )

## ORDER

Plaintiff Thurman Harvey Hines, a state prisoner appearing *pro se*, filed this action pursuant to 42 U.S.C. § 1983, asserting various violations of his constitutional rights. *See* Docs. 1, 14. Pursuant to 28 U.S.C. § 636(b)(1), the matter was referred to United States Magistrate Judge Shon T. Erwin for preliminary review. *See* Doc. 6. On June 18, 2019, Judge Erwin issued a Report and Recommendation, wherein he recommended the action be transferred to the United States District Court for the Eastern District of Oklahoma "in the interest of justice and for the convenience of the parties." *See* Doc. 14, at 4. Plaintiff objected to the Report and Recommendation, *see* Doc. 15, giving rise to the Court's obligation to undertake a *de novo* review of those portions of the Report and Recommendation to which he makes specific objection.

Plaintiff argues against transfer of this case because "this Court is already familiar" with the parties. Doc. 15, at 2. Plaintiff also makes vague references to "family and friends to the Defendants that are employed by the Eastern District" as a factor weighing against transfer. *Id*. Respectfully, the Court is not moved by Plaintiff's protestations—and their

lack of specificity does nothing to enhance their persuasiveness—and it agrees with the rationale stated in Judge Erwin's Report and Recommendation. Accordingly, the Report and Recommendation is hereby adopted, and the Clerk of Court is directed to transfer this action to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 9th day of July, 2019.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE